# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 30, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

      Re:  Albert Verlee
            v. Texas
            No. 15-6226
            (Your No. WR-71,485-09; WR-71,485-10)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely, .

Scott S. Harris, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 07 2015
Abel Acosta, Clerk